UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In the Matter of:

                                          CHAPTER 13 PROCEEDINGS
DEENA C BEAL                                  CASE NUMBER: 05-23289
                                          HON: DANIEL S OPPERMAN

                Debtor(s).
_____/

## STATEMENT REGARDING FUNDS TO BE DEPOSITED IN US REGISTRY

     Now Comes Thomas W McDonald, Jr. Chapter 13 Trustee, pursuant to Code §347 and Bankruptcy Rule 3010, he states that he currently has funds in the amount of $150.24 for deposits in the U. S. Registry as evidenced by the attached Check No. 240619 made payable to U.S. Bankruptcy Court.

     The basis for payment of said funds to the U.S. Registry is "Unclaimed Funds" from the interim distribution on October 28, 2009 on behalf of the following creditor;

     Wolpoff & Abramson        $150.24        October 28, 2009

     Creditor mail has been returned, no Forwarding Order on File.

Date: December 28, 2009                          /s/ Thomas W McDonald
                                                   Thomas W McDonald, Jr.
                                                   Chapter 13 Trustee
                                                   3144 Davenport Ave
                                                   Saginaw Mi 48602
                                                   Telephone (989) 792-6766
                                                   ecf@mcdonald13.org